UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Christopher Lee Williams                                Docket No. 4:20-CR-69-1FL

**Petition for Action on Supervised Release**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Lee Williams, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on August 24, 2021, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Christopher Lee Williams was released from custody on August 16, 2024, at which time the term of supervised release commenced.

A violation report was submitted advising Williams tested positive for marijuana on August 26, 2024. On September 4, 2024, the Court approved for supervision to continue.

On November 7, 2024, a Petition for Action was approved by the Court directing Williams to participate in a Cognitive Behavioral Program, because of testing positive for marijuana.

A violation report was submitted advising that Williams was charged with the new criminal conduct of misdemeanor Driving While License Revoked Not Impaired Revocation and Unsafe Lane Change, by the Garner Police Department. On January 15, 2025, the court approved for supervision to continue. Notably, this matter remains pending.

A violation report was submitted advising that Williams was charged with the new criminal conduct of felony Obtaining Property by False Pretense and misdemeanor Common Law Forgery, by the Jones County Sheriff's Department and had been terminated unsuccessfully from the cognitive behavioral program. On March 11, 2025, the court approved for supervision to continue. Notably, this matter remains pending.

A violation report was submitted advising that Williams was charged with the new criminal conduct of misdemeanor Simple Possession of a Schedule VI CS, Possession of Marijuana Paraphernalia, and Child Abuse, by the Jones County Sheriff's Department. On May 26, 2025, the court approved for supervision to continue. Notably, this matter remains pending.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**:

On June 3, 2025, the defendant submitted to a urinalysis, which was confirmed positive by Abbott Laboratories for marijuana on June 17, 2025. On June 27, 2025, the defendant was confronted with the results from the urinalysis, at which time he admitted to smoking marijuana. Williams was verbally reprimanded for his conduct and expressed remorse. Williams was directed to reengage with a local contract vendor to begin an approved course of substance abuse treatment. Additionally, he continues to participate in the surprise urinalysis program and Moral Recognition Therapy through Coastal Horizons Center in Wilmington, North Carolina. As a sanction for Williams' violation conduct, it is respectfully recommended that he be placed on a curfew to be determined by the probation office, and to be monitored with Location Monitoring: Radio Frequency equipment for a duration not to exceed 60 consecutive days.

Christopher Lee Williams
Docket No. 4:20-CR-69-1FL
Petition For Action
Page 2

It is also recommended the defendant must pay the cost of all the program. Williams signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>Supervising U.S. Probation Officer | /s/ Jay Kellum<br>Jay Kellum<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5109<br>Executed On: June 27, 2025 |

**ORDER OF THE COURT**

Considered and ordered this __1st__ day of _____July_____, 2025, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge